William B. Masterson, Respondent, v. Commercial Advertiser Association, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,000, in which event judgment as so modified and order affirmed, without costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin and Clarke, JJ., dissented and voted for affirmance.

In the Matter of Hudson Hoagland.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Margaret Murphy v. New York Press Company.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Henry J. Nichols.— Referred to official referee.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Henry C. Burnstine.— Referred to official referee. Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of Edward Herrmann.— Referred to official referee. Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of Robert C. Burlando.— Referred to official referee. Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of the Transfer Tax upon the Estate of Catherine McGee, Deceased.  Catherine Molloy, Appellant; Charles S. Whitman, District Attorney of the County of New York, Petitioner and Respondent.— Decree affirmed, with costs.  No opinion.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Charles M. Hyde, an Attorney.— Motion granted. Order to be settled on notice.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., dissented.

George C. Van Tuyl, Jr., as Superintendent of Banks of the State of New